AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
DISTRICT COURT OF GUAM

NOV 13 2007

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of     Guam

David G. Matthews
~~Desiree O. Matthews~~

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-00030

TO: (Name and address of Defendant)

Leonardo M. Rapadas, USA
Sirena Plaza, 108 Hernan Cortez,
Suite 500
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Matthews, Pro Se
PO Box 25177,
GMF, Guam 96921

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA       NOV - 9 2007

CLERK    /s/ Marilyn B. Alcon    Marilyn B. Alcon     DATE
(By) DEPUTY CLERK

ORIGINAL

US Attorney's Office
Districts of Guam & NMI

Time _____
Receiving name _____
NOV 13 2007
Date keyed in Dbase _____
Entered into Dbase by: _____

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/13/07 |
| NAME OF SERVER (PRINT) CHRISTOPHER ALLEN | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: U.S. ATTORNEY'S OFFICE SIRENA PLAZA, 108 HERNAN CORTEZ ST. SUITE 500, HAGATNA, GUAM 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED TO : U.S. ATTORNEY'S OFFICE/SIRENA PLAZA 108 HERNAN CORTEZ ST. STE. 500, HAGATNA, GUAM 96910 (AS STATED ABOVE)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/13/07
                 Date                          Signature of Server

pmb 386
1270 N. Marine Dr. ste. 101 TAMUNING, GU 96913
Address of Server   (671) 678-4130

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.