AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

David G. Matthews
~~Desiree G. Matthews~~

V.

United States

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-00030

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

TO: (Name and address of Defendant)

United States Attorney's Office
For the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Matthews, Pro Se
PO Box 25177,
GMF, Guam 96921

ORIGINAL

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA

CLERK

Marilyn B. Alcon
(By) DEPUTY CLERK

DATE  NOV -9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE 11/13/07 |
| NAME OF SERVER *(PRINT)* CHRISTOPHER ALLEN || TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed Summons & Complaint to: UNITED STATES ATTORNEY'S OFFICE for the District of Columbia/ 555 4th St., NW WASHINGTON, DC 20530/ CERTIFIED COPY

| STATEMENT OF SERVICE FEES ||||
|---|---|---|---|
| TRAVEL | SERVICES | $50.00 | TOTAL $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/13/07
                  Date

*Signature of Server*

pmb 386
1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913
(671) 678-4130

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.