AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

David G. Matthews
~~Desiree G. Matthews~~

V.

United States

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-00030

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

TO: (Name and address of Defendant)

Department of the Navy
Office of the Judge Advocate General
Tort Claims Unit Norfolk
9620 Maryland Avenue Suite 100
Norfolk, VA 23511-2989

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Matthews, Pro Se
PO Box 25177,
GMF, Guam 96921

ORIGINAL

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA                           NOV - 9 2007
CLERK                                        DATE

(By) DEPUTY CLERK  Marilyn B. Alcon

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11/13/07 |
| NAME OF SERVER *(PRINT)* CHRISTOPHER ALLEN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>MAILED CERTIFIED TO: Department of the Navy/Office of the Judge Advocate General/TORT CLAIMS UNIT NORFOLK 9620/ Maryland Ave. Ste. 100 Norfolk VA 23511-2989</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/13/07
                  Date

*Signature of Server*
pmb 386
1270 N. Marine Dr. Ste. 101
Tamuning, GU 96913
(671) 678-4130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.