| | |
|---|---|
| 1   LEONARDO M. RAPADAS<br>United States Attorney<br>2   MIKEL W. SCHWAB<br>Assistant U.S. Attorney<br>3   Sirena Plaza<br>108 Hernan Cortez, Suite 500<br>4   Agana, Guam 96910<br>Tel: (671) 472-7332<br>5   Fax: (671) 472-7215 | **FILED**<br>DISTRICT COURT OF GUAM<br>DEC 26 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

6   Attorneys for United States of America

7   IN THE UNITED STATES DISTRICT COURT

8   FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| 9   DAVID G. MATTHEWS, | ) | CIVIL CASE NO. 07-00030 |
| 10 | ) | |
| 11         Plaintiffs, | ) | |
| 12   vs. | ) | CERTIFICATE OF SERVICE |
| 13   UNITED STATES OF AMERICA, | ) | |
| 14         Defendant. | ) | |

15

16         I, JACQUELINE O. EMMANUEL, Administrative Assistant, working in the U.S.

17   Attorney's Office, in the District of Guam, hereby certify that a copy of the "Motion for More

18   Definite Statement", Civil Case No. 07-00030, <u>David G. Matthews vs. United States of America</u>,

19   was served by personal service to the following:

20

21         David G. Matthews, Pro Se
          PO Box 25177
22       GMF, Guam 96921

23

24   Dated: December 26, 2007                 *Jacqueline Emmanuel*
                                                JACQUELINE O. EMMANUEL
25                                                     Administrative Assistant