David G. Matthews, Pro Se
PO Box 25177
GMF, Guam 96921
671-789-0818

**FILED**
DISTRICT COURT OF GUAM

JAN - 3 2008 

**JEANNE G. QUINATA**
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

David G. Matthews,　　　　　　　　　　　　　　CV-07-00030

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Certificate of Service

United States

　　　　Defendant.

I, Christopher Allen, private process server, ASAP Process Servers, hereby certify that a copy of the "Questions for Court and Opposition to Defendant's Motion for More Definite Statement," civil case number CV-07-00030, David G. Matthews vs. United States of America, was served by personal service to the following:

_[signature]_
_[signature]_

Dated: January 3, 2008

_[signature]_
Christopher Allen
Private Process Server

**US Attorney's Office
Districts of Guam & NMI**

JAN 03 2008
Time 230
Receiving name _[signature]_
Date keyed in Dbase _____
Entered Into Dbase by: _____