David G. Matthews, Pro Se
PO Box 25177
GMF, Guam 96921
671-789-0818



**FILED**
**DISTRICT COURT OF GUAM**

JAN 23 2008

**JEANNE G. QUINATA**
**Clerk of Court**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

David G. Matthews,                                          CV-07-00030

        Plaintiff,

vs.                                                         Certificate of Service

United States

        Defendant.

I, Christopher Allen, private process server, ASAP Process Servers, hereby certify that a
copy of the "Non-Appearance of Defendants – Status Report," civil case number CV-07-
00030, David G. Matthews vs. United States of America, was served by personal service *pages 1-4*
to the following:

*US. Attorney's Office*
*1/22/2008 4:22 p.m.*
*Michelle Perez*

Dated: January 22, 2008

                                  Christopher Allen
                                  Private Process Server

**US Attorney's Office**
**Districts of Guam & NMI**

JAN 22 2008
Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

1