1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: 671-472-7332
5  Fax: 671-472-7215

**FILED**
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS, ) | CIVIL CASE NO. 07-00030 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 7th day of February 2008, I caused to be served by certified mail the following documents: "Defendant United States of America's Motion to Dismiss or, in the Alternative, Motion to Strike" and "Defendant United States of America's Initial Disclosures," Civil Case No. 07-00030, <u>David G. Matthews vs. United States of America</u>, to the following attorneys of record:

David G. Matthews
P. O. Box 25177
Barrigada, GU 96921

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _Jacqueline Emmanuel_
JACQUELINE EMMANUEL
Administrative Assistant