DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE NO. 07-00030<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE　　　( ) PRELIMINARY PRETRIAL CONFERENCE
　　(February 7, 2008, at 10:00 a.m.)

( ) FINAL PRETRIAL CONFERENCE　　( ) STATUS CONFERENCE

**Notes**: Plaintiff David G. Matthews appeared *pro se*, and Attorney U.S. Attorney Mikel Schwab appeared on behalf of the Defendant.

　　　　Judge Manibusan explained that the purpose of the Scheduling Conference was to set deadlines for the case in order that it proceed in a timely fashion. During the conference, Mr. Matthews referred to dates contained in the Non-Appearance of Defendants-Status report that he had filed on January 22, 2008. Mr. Schwab referred to dates contained in the Proposed Scheduling Order and Discovery Plan, which he had signed but was not signed by Mr. Matthews. Mr. Schwab provided the Court with a copy of the Proposed Scheduling Order at the start of the conference.

Mr. Matthews advised that he may be deployed for an unknown period of time as part of his Army Reserve duties, and in such case, he would invoke his rights under the Soldiers and Sailors Relief Act to hold the case in abeyance during his deployment. The Court and Mr. Schwab acknowledged this information.

Judge Manibusan noted that Defendant's Motion for More Definite Statement was currently pending and was being addressed by Chief Judge Tydingco-Gatewood. He stated that, as part of the scheduling conference, dates would be set but there would be flexibility depending on the Answer filed by Defendant, initial disclosures and discovery.

Mr. Schwab stated that he would provide initial disclosures, but that some records may take longer as they involved a juvenile. He stated he would have to consult with the Department of Justice on this issue.

With regard to the possibility of settlement, Mr. Matthews stated that he had desired settlement but that he did not believe the Defendants would settle the case. Judge Manibusan indicated that there may be the possibility of settlement as the case progressed.

After discussion, Judge Manibusan provided the parties with the appropriate dates and times needed in the parties' submissions. The parties had no objection to the dates and times provided. Thereafter, Judge Manibusan stated that the Scheduling Order and Discovery Plan would be prepared by the Court.

Mr. Schwab presented Mr. Matthews with a waiver form, which he stated were needed in order to obtain records for initial disclosures. Mr. Matthews stated that he would not sign a waiver and would not consent to the release of his medical records because they were not germane to his case. Mr. Schwab stated that without Mr. Matthews's consent to the medical records for disclosures, Mr. Schwab would file a motion to dismiss the case.

The conference concluded about 10:45 a.m.

Dated: February 11, 2008.

Prepared by Geraldine A. Cepeda, Law Clerk