DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 07-00030<br><br>**SCHEDULING ORDER**<br>**and**<br>**DISCOVERY PLAN** |

    Pursuant to a scheduling conference conducted on February 7, 2008, during which Plaintiff David G. Matthews, *pro se*, and the United States represented by Assistant U.S. Attorney Mikel Schwab, were present, the court hereby issues the following Scheduling Order and Discovery Plan, pursuant to Fed. R. Civ. P. 16 and local rules LR 16.1 and 16.2.

    **A.    The nature of the case is as follows:** Plaintiff alleges Defendant of intentional infliction of extreme emotional distress and invasion of privacy. He alleges that he and his wife were placed in a "military tribunal" for alleged child abuse and then their names were placed in a "federal registry" as child abusers. He further alleges that his good name and reputation have been damaged as a result.

    **B.    The posture of the case is as follows:** On November 9, 2007, the Plaintiff initiated this case by filing a Complaint. (Docket No. 1.) In response, Defendant United States of America filed a Motion for More Definite Statement on December 26, 2007. (Docket No.

David G. Matthews v. United States of America, Civil Case No. 07-00030
Scheduling Order & Discovery Plan

9). Thereafter, on January 3, 2008, Plaintiff filed a document entitled "Questions for the Court and Opposition" to the Defendant's motion. (Docket No. 11.) The motion is pending before the Chief Judge.

As of the February 7, 2008 Scheduling Conference, no discovery has been initiated by either party.

**C.** **Discovery Plan:** The Court declines to stay discovery pending determination of the Motion for More Definite Statement; however, the dates are flexible. The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

1. <u>Initial Disclosures</u>: The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows: Initial disclosures shall be exchanged by the parties on Thursday, February 21, 2008.

2. <u>Discovery Cutoff</u>. The discovery cutoff date shall be Monday, November 10, 2008.

3. <u>Depositions</u>. Depositions are still to be scheduled.

4. <u>Written Discovery</u>. Each party may propound interrogatories and requests to produce and requests for admissions as within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties shall confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

5. <u>Expert Witnesses</u>. The disclosure of expert testimony and designation of rebuttal expert testimony shall be completed before the discovery cut-off date.

**D.** **Scheduling Order:** The Court establishes the following dates and deadlines:

1. All motions to add parties and claims shall be filed no later than Monday, May 12, 2008;

- 2 -

Case 1:07-cv-00030    Document 18    Filed 02/11/2008    Page 2 of 3

2. All motions to amend the pleadings shall be filed no later than Monday, May 12, 2008;

3. All discovery motions shall be filed no later than Monday, November 24, 2008;

4. All dispositive motions shall be filed no later than Friday, January 30, 2009;

5. <u>Preliminary Pretrial Conference</u>. The preliminary pretrial conference shall be held on Monday, April 13, 2009 at 9:30 a.m.;

6. All pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery shall be filed no later than Monday, April 20, 2009;

7. <u>Pretrial Order</u>. The proposed pretrial order shall be filed no later than Monday, April 20, 2009;

8. <u>Final Pretrial Conference</u>. The final pretrial conference shall be held on Monday, April 27, 2009 at 9:30 a.m.;

9. <u>Trial</u>. Trial shall commence on Monday, May 4, 2009 at 9:00 a.m.

10. <u>Identity of Counsel</u>. The counsel involved in the case are:

David G. Matthews, *Pro se*
P.O. Box 25177
Barrigada, GU 96921
(671) 789-0818

Mikel W. Schwab, Assistant U.S. Attorney
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
(671) 472-7332

IT IS SO ORDERED this 11th day of February 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**