David G. Matthews, Pro Se
PO Box 25177
GMF, Guam 96921
671-789-0818


**FILED**
DISTRICT COURT OF GUAM

FEB 22 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

David G. Matthews,                                          CV-07-00030

      Plaintiff,

vs.                                                         Certificate of Service

United States

      Defendant.

I, Christopher Allen, private process server, ASAP Process Servers, hereby certify that a copy of the "Opposition To Defendant United States Of America's Motion To Dismiss Or, In the Alternative, Motion To Strike" civil case number CV-07-00030, David G. Matthews vs. United States of America, was served by personal service to the following:

US Attorney's Office
by Michelle Perez
2/20/2008

24 pages

Dated: February 20, 2008

Christopher Allen
Private Process Server

US Attorney's Office
Districts of Guam & NMI

FEB 20 2008  4:28 pm
Time: _____
Receiving name: Michelle
Date keyed in Dbase: _____
Entered into Dbase by: _____

1