# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

FEB 2 6 2008

**JEANNE G. QUINATA**
**Clerk of Court**

7  Attorneys for the United States of America

8
                    DISTRICT COURT OF GUAM
9
                    TERRITORY OF GUAM
10

11  DAVID G. MATTHEWS,                )    CIVIL CASE NO. 07-00030
                                      )
12          Plaintiff,                )
                                      )
13      vs.                           )    **REQUEST FOR ORAL**
                                      )    **ARGUMENT**
14  UNITED STATES OF AMERICA,         )
                                      )
15          Defendant.                )
    _____ )
16
        The United States of America, through its counsel, hereby Request for Oral Argument on

17  Defendant United States of America's Motion to Dismiss, or in the Alternative, Motion to Strike

18  and states as follows:

19      On February 7, 2008, Defendant filed Defendant United States of America's Motion to

20  Dismiss, or in the Alternative, Motion to Strike with the District Court in Guam. Defendant

21  would like oral argument to be heard on this Motion and Plaintiff concurs. Therefore, the

22  Defendant requests for oral argument on Defendant's Motion and request that a hearing be held at

23  the District Court of Guam on the next available date that the Court's calendar will allow. The

24  Parties agree that the briefing schedule with regard to Defendant's Motion will be conducted in

25  accordance with Rules 7.1(d)(1)(A) and (B) of the Local Rules of the District Court of Guam.

26  //

27  //

28

Respectfully Submitted this 26th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on February 26, 2008, I caused to be served by certified mail a copy of the "Request for Oral Argument", in Civil Case No. 07-00030, <u>David G. Matthews vs. United States of America</u>, to the following *pro se* of record:

David G. Matthews
P. O. Box 25177
Barrigada, GU 96921

JACQUELINE EMMANUEL
Administrative Assistant