**LITTLEPAGE & ASSOCIATES, P.C.**
**LEWIS W. LITTLEPAGE, ESQ.**
396 W. O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 475-1111
Facsimile: (671) 475-1112
E-Mail: guamlawyer@yahoo.com



**FILED**
DISTRICT COURT OF GUAM

APR 18 2008 ₽.Ḋ

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

DAVID G. MATTHEWS,

      Plaintiff,

   vs.

UNITED STATES OF AMERICA,

      Defendant

)
)
)
)
)
)
)
)
)

Case No.: 07-00030

**ENTRY OF APPEARANCE**

    **NOTICE IS HEREBY GIVEN** that **LEWIS W. LITTLEPAGE, ESQ.** hereby enters his appearance on behalf of David G. Matthews, Plaintiff, in the above case.

    Submitted this _18_ day of April, 2008.

LITTLEPAGE & ASSOCIATES, P.C.

By: _____

Lewis W. Littlepage, Esq.
Attorneys for Plaintiff

ORIGINAL