Lewis W. Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Hagatna, Guam 96910 • USA
Tel: (671) 475-1111
Fax: (671) 475-1112
E-Mail: lewis@littlepagelawfirm.com
guamlawyer@yahoo.com

*Attorneys for David G. Matthews*

FILED
DISTRICT COURT OF GUAM

MAY 0 5 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS, | CIVIL CASE NO. 07-00030 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

I, LEWIS W. LITTLEPAGE, of **LITTLEPAGE & ASSOCIATES, P.C.**, hereby certify that on or about the 5th day of May, 2008, I caused to be served by hand delivery a copy of the **Application for Default Judgment** and the [proposed] **Default Judgment** to:

United States Attorney's Office
Sirena Plaza Ste 500
108 Hernan Cortez
Hagatna, Guam 96910

On or about the 5$^h$ of May, 2008, I also caused the same to be served via U.S. Certified Mail to:

Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Lewis W. Littlepage
Attorney for Plaintiff