IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| DAVID G. MATTHEWS, | CIVIL CASE NO. 07-00030 |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO ENLARGE TIME** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

After reviewing Defendant United States of America's Motion to Enlarge Time, the Court hereby **GRANTS** an enlargement of time for Defendant to file its Answer to Amended Complaint until May 5, 2008, and **DENIES** the Plaintiff's Application for Default Judgment.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: May 21, 2008**