**LITTLEPAGE & ASSOCIATES, P.C.**
**LEWIS W. LITTLEPAGE, ESQ.**
396 W. O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 475-1111
Facsimile: (671) 475-1112
E-Mail: guamlawyer@yahoo.com

**FILED**
DISTRICT COURT OF GUAM
MAY 22 2008 RD.
**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | Case No.: 07-00030 <br><br> **PLAINTIFF'S REQUEST FOR RECONSIDERATION OF THE COURT'S DECISION ALLOWING DEFENDANT'S UNTIMELY FILING AND DENYING PLAINTIFF REQUEST FOR A DEFAULT JUDGMENT** |

**COMES NOW** plaintiff David Matthews, by and through attorney Lewis W. Littlepage, and does request that the Court reconsider its decision granting Plaintiff's Motion to Enlarge Time and denying Plaintiff's Motion for a Default Judgment. In support of this Motion Plaintiff states:

David G. Matthews vs. United States of America
Civil Case No. 07-00030
Opposition to Defendant's Motion to Enlarge Time and to Set Aside Default
Page - 1 -

Case 1:07-cv-00030   Document 33   Filed 05/22/2008   Page 1 of 2

1. The Court's order allowing enlargement of time and denying Plaintiff's Motion for a Default Judgment indicated that the Court only reviewed Defendant's Motion to Enlarge Time and that the Court did not review Plaintiff's timely filed opposition.

2. The Court made no finding that the actions of the defendant were excusable or unexcusable as required by *Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership*, 507 U.S. 380, 113 S.Ct 1489, 123 L.Ed.2d 74 (1993).

3. The Court did not address the prejudice to the Plaintiff.

4. The actions of the Court denied Plaintiff the opportunity to present evidence of bad faith in the defendant's proposed answer as allowed by *Pincay v. Andrews*, 389 F.3d 853 (9th Cir. 2004) (en banc).

Wherefore, the Court's Order indicating that it did not review the timely filed opposition to defendant's Motion to Enlarge Time, Plaintiff asks for reconsideration of the Court's Order granting an extension of time to file its Answer and denying Plaintiff's Motion for a Default Judgment.

Respectfully submitted this 22nd day of May, 2008.

                            **LITTLEPAGE & ASSOCIATES, P.C.**

By: _____
Lewis W. Littlepage, Esq.
Attorney for Plaintiff

David G. Matthews vs. United States of America
Civil Case No. 07-00030
Opposition to Defendant's Motion to Enlarge Time and to Set Aside Default
Page - 2 -

Case 1:07-cv-00030   Document 33   Filed 05/22/2008   Page 2 of 2