DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 07-00030 <br><br> **ORDER RE:** <br><br> MOTION TO DISMISS AND REQUEST FOR HEARING |

The court is in receipt of Defendant's Motion to Dismiss and corresponding Request for Hearing. *See* Docket Nos. 15 and 21. The court believes these Motions to be moot, as an Amended Complaint was filed in this case on April 18, 2008. *See* Docket No. 25. As such, the court instructs the United States to file a response as to whether it deems these Motions to be moot.

If no response is filed within ten days of the issuance of this order, the court will treat the Motion to Dismiss and corresponding Request for Hearing as moot, and no other court order will issue.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
Dated: Jul 15, 2008