

```
                                              FILED
1  LEONARDO M. RAPADAS                  DISTRICT COURT OF GUAM
   United States Attorney
2  MIKEL W. SCHWAB                           JUL 22 2008
   Assistant U.S. Attorney
3  JESSICA F. CRUZ                          JEANNE G. QUINATA
   Assistant U.S. Attorney                   Clerk of Court
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, GU 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7215/7334

7  Attorneys for the United States
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| DAVID G. MATTHEWS, | ) Case No.: 07-00030 |
|---|---|
| Plaintiff, | ) **UNITED STATES' RESPONSE TO** |
| | ) **COURT'S ORDER RE: MOTION TO** |
| vs. | ) **DISMISS AND REQUEST FOR** |
| | ) **HEARING** |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through the undersigned counsel, and hereby files its response to the Court's Order Re: Motion to Dismiss and Request for Hearing. In light of the Plaintiff's Amended Complaint, the United States deems its Motion to Dismiss and Request for Hearing to be moot.

Dated this 22nd day of July, 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

          /s/ Jessica Cruz
          MIKEL M. SCHWAB
          Assistant U.S. Attorney
          JESSICA F. CRUZ
          Assistant U.S. Attorney

ORIGINAL