LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 27 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 07-00030<br><br>**DEFENDANT'S MOTION TO SEAL MOTION TO APPOINT GUARDIAN AD LITEM** |

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and hereby moves the Court to seal the United States' Motion to Appoint Guardian Ad Litem and in support thereof states:

1. On August 25, 2008, the United States filed its Motion to Appoint Guardian Ad Litem to represent Plaintiff's minor child ("Motion").

2. In compliance with Local Rules of Practice General Order No. 03-0023, the United States identified the minor child in the Motion by the child's initials.

3. In an abundance of caution, the United States requests that the Motion be filed under seal as it pertains to a minor child.

1

ORIGINAL

1 | WHEREFORE, the United States respectfully requests this Court to grant an Order
2 | sealing the Motion.

3 | RESPECTFULLY SUBMITTED: this 27th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Jessica Cruz* (signature)
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney