LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE N0. 07-00030<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO APPOINT GUARDIAN AD LITEM** |

The Court, after reviewing the United States' Motion to Seal Motion to Appoint Guardian Ad Litem, hereby GRANTS the Motion and SEALS Defendant's Motion to Appoint Jim Baldwin as Guardian Ad Litem.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 05, 2008**