**LITTLEPAGE & ASSOCIATES, P.C.**
**LEWIS W. LITTLEPAGE, ESQ.**
396 W. O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 475-1111
Facsimile: (671) 475-1112
E-Mail: guamlawyer@yahoo.com

**FILED**
DISTRICT COURT OF GUAM

SEP 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| **DAVID G. MATTHEWS,** | Civil Case No.: **07-00030** |
| Plaintiff, | **SUBSTITUTION OF COUNSEL IN PRO PER** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant | |

    The Law Offices of LITTLEPAGE & ASSOCIATES, P.C., having represented the undersigned in the above-entitled action as my attorneys and having performed all services herein for which they are employed, are hereby discharged. I substitute myself in their place and stead.

    Please direct all notices, service and correspondence issued in the above captioned case to me at the following address:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
David G. Matthews vs. United States of America
Civil Case No. 07-00030
Substitution of Counsel in Pro Per
- 1 -
Case 1:07-cv-00030   Document 43   Filed 09/08/2008   Page 1 of 2

David G. Matthews
PO Box 25177
GMF Barrigada, GU 96921
e-mail: davedeb19@hotmail.com

Dated: 9/5/08

_____
DAVID G. MATTHEWS

Consent is hereby given to the above discharge and substitution.

LITTLEPAGE & ASSOCIATES, P.C.

By: _____
LEWIS W. LITTLEPAGE, ESQ.

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING SUBSTITUTION IN PRO PER**

IT IS SO ORDERED THIS _____.

~~(struck through with large X and handwritten "DO")~~

_____
HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

---

David G. Matthews vs. United States of America
Civil Case No. 07-00030
Substitution of Counsel in Pro Per

- 2 -