David G. Matthews, Pro Se
PO Box 25177
GMF, Guam 96921
671-789-0818



**FILED**
DISTRICT COURT OF GUAM

SEP 0 8 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

David G. Matthews,  CV-07-00030

    Plaintiff,

vs.  Certificate of Service

United States

    Defendant.

I, Debora J. Matthews, an adult citizen of Guam, hereby certifies that a copy of the "Plaintiff's Motion for Court to Sanction Defendant" and "Plaintiff's Opposition to the Appointment of a Guardian Ad Litem," civil case number CV-07-00030, David G. Matthews vs. United States of America, was served by personal service to the following:

_____

~~US Attorney's Office~~
~~Districts of Guam & NMI~~

SEP 08 2008
Date: September 8, 2008
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

_____
Debora J. Matthews

1