**LITTLEPAGE & ASSOCIATES, P.C.**
**LEWIS W. LITTLEPAGE, ESQ.**
396 W. O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 475-1111
Facsimile: (671) 475-1112
E-Mail: guamlawyer@yahoo.com

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| **DAVID G. MATTHEWS,** | CIVIL CASE NO. 07-00030 |
| Plaintiff, | |
| vs. | **ORDER** |
| **UNITED STATES OF AMERICA,** | **re Substitution of Counsel** |
| Defendant | |

The Substitution of Counsel in Pro Per having been submitted,

**IT IS HEREBY ORDERED THAT:**

Littlepage & Associates, P.C. is hereby discharged as counsel for Plaintiff. David G. Matthews, *pro se*, is substituted in its place and stead. All notices, service and correspondence shall be directed to Plaintiff at the following address:

> PO Box 25177
> GMF Barrigada, GU 96921
> e-mail: davedeb19@hotmail.com

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Sep 09, 2008**