LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 1 1 2008
JEANNE G. QUINATA
Clerk of Court

FILED
DISTRICT COURT OF GUAM
SEP 1 1 2008
JEANNE G. QUINATA
Clerk of Court
STAMPED IN ERROR

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE N0. 07-00030<br><br>**DEFENDANT'S MOTION TO SEAL U.S.' REPLY IN SUPPORT OF U.S.' MOTION TO APPOINT GUARDIAN AD LITEM** |

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and hereby moves the Court to seal the United States' Reply in Support of United States' Motion to Appoint Guardian Ad Litem and in support thereof states:

1.      On September 11, 2008, the United States filed its Reply in Support to Motion to Appoint Guardian Ad ("Reply").

2.      In compliance with Local Rules of Practice General Order No. 03-0023, the minor child was identified in an exhibit to the Reply.

3.      In an abundance of caution, the United States requests that the Reply be filed under seal as it pertains to a minor child.

1

WHEREFORE, the United States respectfully requests this Court to grant an Order sealing the Reply.

RESPECTFULLY SUBMITTED: this 11th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Jessica Cruz*
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney