1   LEONARDO M. RAPADAS
    United States Attorney
2   MIKEL SCHWAB
    Assistant U.S. Attorney
3   JESSICA F. CRUZ
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam  96910
    PHONE:  (671) 472-7332
6   FAX:  (671) 472-7334

7   Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

SEP 1 1 2008

**JEANNE G. QUINATA**
**Clerk of Court**

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        FOR THE TERRITORY OF GUAM
10

11  DAVID G. MATTHEWS,                    CIVIL CASE N0.  07-00030

12              Plaintiff,

13       vs.                              **DEFENDANT'S MOTION TO FILE**
                                          **DECLARATION WITH NON-ORIGINAL**
14                                        **SIGNATURE**
    UNITED STATES OF AMERICA,
15
                Defendant.
16

17       **COMES NOW**, the Defendant, UNITED STATES OF AMERICA, by and through its

18  undersigned counsel, and moves the Court to accept a non-original signed copy of the

19  Declaration of Dr. Mark Levy.

20       The United States requests that this Court accept the non-original signed copy of the

21  declaration attached to Defendant's Motion to Compel Mental Examination of Plaintiff as

22  Exhibit A.  The original document will be delivered to the U.S. Attorney's Office on Guam and

23  filed with the Court as soon thereafter as possible.

24  //

                                        1                    ORIGINAL

RESPECTFULLY SUBMITTED: this 11th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By _Jessica Cruz_
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney