| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL SCHWAB<br>Assistant U.S. Attorney |
| 3 | JESSICA F. CRUZ<br>Assistant U.S. Attorney |
| 4 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 5 | Hagåtña, Guam 96910<br>PHONE: (671) 472-7332 |
| 6 | FAX: (671) 472-7334 |



FILED
DISTRICT COURT OF GUAM
SEP 1 1 2008
JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE N0. 07-00030<br><br>**DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME** |

**COMES NOW**, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, pursuant to Rule 7.1(j), Federal Rules of Civil Procedure, and hereby moves the Court to shorten the time within with to hear its Motion to Compel Mental Examination of Plaintiff. The grounds for this Motion to Shorten Time are set forth below, in Defendant's Motion to Compel Mental Examination of Plaintiff, in the Proposed Order Granting Motion to Shorten Time, and by the proceedings and records in this case:

    1.    The first part of the mental examination of Plaintiff is scheduled to take place on September 19.

1

ORIGINAL

2. The United States' expert, Ronald Roberts, Ph.D., is departing for Guam on September 17, 2008.

3. A good faith effort has been made to contact both prior counsel for Plaintiff, as well as Plaintiff, to advise them of this Motion.

WHEREFORE, the United States respectfully requests this Court to give an order shortening time within which to hear its Motion to Compel Mental Examination of Plaintiff at the Court's earliest convenience.

RESPECTFULLY SUBMITTED: this 11th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Jessica Cruz
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney