```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MIKEL SCHWAB
    Assistant U.S. Attorney
 3  JESSICA F. CRUZ
    Assistant U.S. Attorney
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam  96910
    PHONE: (671) 472-7332
 6  FAX: (671) 472-7334
```



**FILED**
DISTRICT COURT OF GUAM

SEP 1 1 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL CASE N0. 07-00030<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Julia L. Hunt, Legal Assistant, working for the U.S. Attorney's Office, in the Districts of Guam and Northern Mariana Islands, hereby certify that, on September 11, 2008, I caused to be served by certified mail a copy of the following documents in the above-captioned case:

　　1.　　United States' Reply in Support of United States' Motion for Appointment of Guardian Ad Litem,

　　2.　　Defendant's Motion to Seal U.S.' Reply in Support of U.S.' Motion to Appoint Guardian Ad Litem,

　　3.　　United States of America's Motion to Compel Mental Examination of Plaintiff,

1

ORIGINAL

Case 1:07-cv-00030　　Document 53　　Filed 09/11/2008　　Page 1 of 2

4. Defendant's Motion to File Declaration with Non-Original Signature, and

5. Defendant's Ex Parte Motion to Shorten Time,

to the following *pro se* of record:

**David G. Matthews**
**P.O. Box 25177**
**GMF Barrigada, GU 96921**

RESPECTFULLY SUBMITTED: this 11th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Julia L. Hunt
JULIA L. HUNT
Legal Assistant