1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL SCHWAB
   Assistant U.S. Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   PHONE:  (671) 472-7332
6  FAX:  (671) 472-7334

7  Attorneys for the United States of America

8                     IN THE DISTRICT COURT OF GUAM

9

10  DAVID G. MATTHEWS,                    CIVIL CASE N0.  07-00030

11              Plaintiff,

12              vs.                                  **ORDER**
                                        **Granting United States' Motion to Seal**
13  UNITED STATES OF AMERICA,            **Reply Brief in Support of Motion to**
                                          **Appoint Guardian Ad Litem**
14              Defendant.

15

16      **Af**ter reviewing the United States' Motion to Seal Reply in Support of Motion to Appoint

17  Guardian Ad Litem and pursuant to the E-Government Act of 2002, the Court hereby GRANTS

18  the United States' request and SEALS the United States' Reply in Support of Motion to Appoint

19  Guardian Ad Litem.

20      IT IS SO ORDERED.                        **/s/ Joaquin V.E. Manibusan, Jr.**
                                                     **U.S. Magistrate Judge**
21                                               **Dated: Sep 11, 2008**

22

23

24