LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE N0. 07-00030<br><br>**ORDER**<br>**Granting United States' Motion to File**<br>**Declaration With Non-Original Signature** |

The Court, having reviewed Defendant's Motion to File Declaration with Non-Original Signature, hereby GRANTS the Motion and directs the Defendant to file the original document with the Court as soon hereafter as possible.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 11, 2008**