LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DAVID G. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE N0. 07-00030<br><br>**ORDER**<br><br>**Granting *Ex Parte* Application to Shorten Time to Hear Motion to Compel** |

After having reviewed the United States of America's Motion to Compel Mental Examination of Plaintiff and the United States of America's *Ex Parte* Motion to Hear Motion to Compel, and upon the finding of good cause, hereby GRANTS the Ex Parte Motion to Shorten Time to Hear Motion to Compel. The Court hereby sets oral argument for the Motion to Compel for Friday, September 12, 2008, at 1:30 p.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 11, 2008