# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-07-00030  DATE: September 12, 2008
CAPTION: Matthews v. United States

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 1:31:46 - 2:02:45
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)   Counsel for Defendant(s)
David G. Matthews - Pro Se   Jessica F. Cruz
   Mikel W. Schwab

---

**PROCEEDINGS: Motion to Compel Mental Examination of Plaintiff**

- United States agreed to not hold Plaintiff liable for costs associated with mental examinations it was requesting, regardless of outcome of trial.
- Plaintiff thus agreed to submit to the exams. Pursuant to Rule 35, exam will take place at the Hilton Hotel on 9/19/2008 starting at 9:00 a.m. and will take about four to six hours with Dr. Ronald Roberts, and on 9/26/2008 starting at 9:00 a.m. and will take about six to eight hours with Dr. Mark Levy . Based upon this agreement, court ordered Plaintiff to appear for the two exams.

NOTES: