David G. Matthews, Pro Se
PO Box 25177
GMF, Guam 96921
671-789-0818



FILED
DISTRICT COURT OF GUAM

SEP 12 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

David G. Matthews,

    Plaintiff,

vs.

United States

    Defendant.

CV-07-00030

Certificate of Service

I, Debora J. Matthews, an adult citizen of Guam, hereby certifies that a copy of the "Plaintiff's Motion To Recuse Judge," civil case number CV-07-00030, David G. Matthews vs. United States of America, was served by personal service to the following:

Dated: September 12, 2008

Debora J. Matthews